Riches v. Badmann et al	Doc. 3
Case 7:08-cv-00143-sgw-mfu   Document 3   Filed 02/19/2008   Page 1 of 1

```
                                           CLERK'S OFFICE U.S. DIST. COURT
                                                   AT ROANOKE, VA
                                                        FILED

                                                   FEB 19 2008
        IN THE UNITED STATES DISTRICT COURT      JOHN F. CORCORAN, CLERK
         FOR THE WESTERN DISTRICT OF VIRGINIA    BY: /s/
                  ROANOKE DIVISION                      DEPUTY CLERK
```

| | | |
|---|---|---|
| **JONATHAN LEE RICHES,** | ) | Civil Action No. 7:08-cv-00111; 7:08-cv-00112; |
| Plaintiff, | ) | 7:08-cv-00113; 7:08-cv-00114; 7:08-cv-00115; |
| | ) | 7:08-cv-00116; 7:08-cv-00117; 7:08-cv-00118; |
| | ) | 7:08-cv-00119; 7:08-cv-00120; 7:08-cv-00121; |
| | ) | 7:08-cv-00122; 7:08-cv-00123; 7:08-cv-00124; |
| | ) | 7:08-cv-00125; 7:08-cv-00126; 7:08-cv-00127; |
| | ) | 7:08-cv-00128; 7:08-cv-00129; 7:08-cv-00130; |
| | ) | 7:08-cv-00131; 7:08-cv-00132; 7:08-cv-00133; |
| | ) | 7:08-cv-00134; 7:08-cv-00136; |
| **v.** | ) | 7:08-cv-00138; 7:08-cv-00139; 7:08-cv-00140; |
| | ) | 7:08-cv-00141; 7:08-cv-00142; 7:08-cv-00143; |
| | ) | 7:08-cv-00144; 7:08-cv-00145; 7:08-cv-00146; |
| | ) | 7:08-cv-00147; 7:08-cv-00149 |
| | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **VARIOUS DEFENDANTS.** | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that

1. Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g);

2. Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3. The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 19th day of February, 2008.

_____
United States District Judge